IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Criminal Action No. 17-32-LPS |
| | : | |
| LISA ANDERSON, | : | |
| | : | |
| Defendant. | | |

**DEFENDANT'S SENTENCING MEMORANDUM**

**I. INTRODUCTION**

  Lisa Anderson is a devoted and loving mother, who illegally returned to the United States to provide her children with the parenting that every child deserves. For the most meaningful part of their lives, ages 10 to 20, she was there for them. She provided all the love, care and guidance that they needed to reach adulthood, without any financial or other parental support from their fathers. The beneficial result of her involvement in their lives is evidenced by where her three children are now that they are older. Her eldest, Nyki, now 20, graduated high school and is gainfully employed by a construction company. Her middle child, daughter Kiona, is scheduled to graduate from high school this year. Finally, Lisa's youngest child, now 15, is also doing well.

  As described below, Ms. Anderson has struggled to untangle herself from several abusive and domineering relationships with men, who often used her as a participant in criminal activity. For the reasons set forth below, Ms. Anderson seeks a downward variance from the applicable guideline range of 30 to 37 months.

**II.	PERSONAL HISTORY AND CHARACTERISTICS OF LISA**

In 1985, at age seven, Lisa was brought to the United States from Jamaica by her parents, Carmen Subaran and Lloyd Anderson. She lived in the United States continually, until her deportation in about early 2005.

One of three children born from her parents union, Lisa was a good and studious child, until things drastically changed in her life with the separation and divorce of her parents. For the early part of her life until about age 12, Lisa lived with her little brother and both her parents in Philadelphia, Pennsylvania. (PSR ¶ 59). At that time, along with being a curious and an involved student, she also was active in many after-school activities including band, gymnastics and dance. See Exhibit A, Chart of Childhood Activities. She was usually happy, but for the frequent arguments between her mother and father. These arguments left her mother emotionally distressed and often crying. (PSR ¶s 59 and 62). While her parents attempted to keep their squabbles away from the children, Lisa was aware of the arguments and fights between them, and it caused her stress. However, her parents' divorce, and her mother's relocation with her and her brother to Delaware from Philadelphia, had a traumatic impact on Lisa. She went from a two-parent home to a single-parent household, that was barely making it.

After the relocation, she had very little contact with her father, who eventually started working in the area of Delaware where she lived. Notwithstanding his close proximity to them for most of his work day, he never visited with the children. Consequently, she lost the love, affection and guidance that a father often shows to his daughters. There was no one to replace him in the family, and Lisa felt rejected. She was twelve-years old.

Lisa's mother worked as much as she could to have money to support the family. According to Lisa, she and her brother were left to fend for themselves after school to stay in the

apartment until their mother returned home, at times several hours later. Therefore, by age 13 or 14, Lisa became a latch-key child, along with her brother, five years her junior. It is during that time that Lisa caught the eye of Leroy Boyd, who lived in the apartment building across from her.

### Life under the spell of Leroy Boyd – she suffered years of abuse, manipulation and control.

Leroy, a grown man of approximately 29 years of age, sought out to entice Lisa, a child of 14 years at the time, into a romantic relationship with him. It started with him calling out and whistling at her, as she walked home after getting off the school bus. Soon a double date was arranged between Mr. Boyd, and Lisa and Mr. Boyd's roommate and Lisa's older female cousin. In a few short weeks, at most a couple of months, Mr. Boyd had trapped Lisa into a sexual and romantic relationship. Lisa then began spending most of her after-school hours with Mr. Boyd in his apartment. Her mother sensed something was wrong, but Lisa hid the existence of the relationship, at Mr. Boyd's direction, for approximately 2 years until she was 16.

In any event, after the illegal and improper relationship between she and Mr. Boyd started, Lisa soon found that she was his – in all senses of the word. She truly was his property, his woman for sexual and other needs, and his subordinate to manipulate and control to the exclusion of others. She also believed that he was hers, and that he truly loved her, in spite of evidence to the contrary.[1] No matter what, Lisa was devoted to him.

Her relationship with Mr. Boyd led Lisa to become rebellious against her mother's guidance, because her mother wanted Lisa to end her involvement with this older man and the type of company he kept.

---

[1] According to Lisa, her juvenile delinquency for offensive touching in 1996, at age 17, stemmed from an on-going dispute with another girlfriend of Mr. Boyd. This other girlfriend, like Lisa was merely a child, who Mr. Boyd continued to lead on.

The more her mother sought to pull her away from Mr. Boyd, the more Lisa fled further and further into his arms and his lifestyle. With her naiveté, she felt special to be loved by an older man. The lifestyle, according to Lisa, was one where Mr. Boyd never worked, but was involved in many illegal matters. The relationship between them continued in full force from approximately age 14 in 1992 through early 2000. Looking back, she realizes how much Mr. Boyd controlled her life. During these eight years, Mr. Boyd controlled Lisa by emotionally blackmailing her with his affection, and by verbally and physically abusing her. PSR, ¶ 69. Lisa loved him and could not fully break away, in spite of many attempts to do so. According to Lisa, Mr. Boyd relied upon her to provide him with spending money and introduced her to many fraudulent schemes. She points to him as the master puppeteer behind the scenes for most of her criminality from age 19 to about 23.[2]

Age 19, in 1997, Lisa had her first child, Nyki, fathered by Mr. Boyd. A couple of years later, in 1999, she had her second child, Kiona, again fathered by Mr. Boyd. According to Lisa, Kiona resulted from a rape by Mr. Boyd, which occurred during a period that she was trying to separate herself from him. In fact, when he raped and impregnated her with their second child, it was on an occasion when he insisted that he wanted to visit their son, soon after Lisa had gotten her own place away from him. Although she had physically separated from him, he still maintained much emotional control over her, to the point that she still had to assist in making him money. This primarily occurred through her participation in some of his illegal schemes. According to Lisa, the crime for which she was ultimately convicted in 2003 was one such scheme. Although he supposedly engineered and created this tax scheme, Lisa indicated that she was fearful of him and only continued to be involved because he would threaten her. When

---

[2] Lisa indicates that she never informed on Mr. Boyd because of her love and attachment to him. She noted that even when they separated, he still seemed to have a hold over her, even though he beat her when he saw fit. For a long time she remained afraid.

describing her relationship with Mr. Boyd, as noted in her prior Pre-Sentence Report, she feared his abusive nature and specifically mentioned the fact that her involvement in that tax fraud offense was largely because "Mr. Boyd would assault her if she refused."

During her pretrial detention on the tax fraud charges in 2013, Lisa's two children from Mr. Boyd, Nyki and Kiona, were living with her mother. However, Mr. Boyd protested, claiming that he wanted his children with him. Lisa initially fought him, believing that it was his way of maintaining some control of her. According to Lisa, Mr. Boyd has at least nine other children by various other women and was never involved in their lives. A petition for her mother to have custody of the children was filed with the Family Court. Ultimately, Mr. Boyd was awarded custody of them in lieu of her mother. While Lisa was disappointed and a little concerned based upon her knowledge of how Mr. Boyd had been with his other children, she began to think that things were going to be alright – maybe, just maybe, Mr. Boyd had changed.

Subsequently, Lisa received a period of incarceration[3] resulting from her fraud conviction, and was subsequently deported to Jamaica in early 2005. Soon after Lisa was deported to Jamaica, her earlier concerns about the welfare of her children began to materialize. Unfortunately, Mr. Boyd's protestation regarding the children living with her mother, and his efforts to have them join his household, supposedly so he could care for and support them, were only words. He soon began to neglect and threaten them harshly. See Exhibit B, letter by her daughter Kiona.

Lisa soon received word from family members, including her mother and others, that the children were being neglected. See Exhibit C, letter from Ms. Carmen Subaran. Her general concerns grew to panic, as she was trying to restart her life in Jamaica. Finally, she gave into a

---

[3] Just prior to her sentence in 2003, Lisa gave birth to her third child, D.H. His father is Shawn Hudson.

mother's growing concern and desire to be with, and to ensure the welfare of her children. Thus, Lisa returned to the United States.

Therefore, in the latter part of 2005, Lisa returned to the United States without the prior approval or permission from the government. Upon her return, she immediately sought out Mr. Boyd and requested that he turn over the two children to her. Mr. Boyd objected at first, raising the issue of the benefits he was receiving for the two children. Lisa told him to "keep the money, but just let me have my children." After a while, and with that understanding, Mr. Boyd relinquished the children to her care. She also brought her younger child, D.H., to live with her.

For approximately the next 10 years, Lisa lived a law-abiding life, caring for and protecting her three children. She never received one penny in financial support from Mr. Boyd for their two children, neither did she receive any welfare or state benefits for the children. Mr. Boyd, according to Lisa, received and kept benefits for himself. See Exhibit D, Nyki's Letter.

During those 10 years, Lisa worked hard and long hours to support her small children. She worked primarily as a home health care aid, sleeping in and caring for elderly patients. Lisa was also being productive in other ways. Recognizing that she did not always take her mother's advice as she was growing up, Lisa tried her hand at finding another way to provide helpful information to children. Therefore, she started to publish some stories that she had begun writing during her incarceration in 2003. She set up an internet publishing website and published a couple of books. See PSR, ¶ 88.

According to Lisa, she continued to live a crime-free life until she met Tyron Rider. Lisa, and others who knew of their relationship, state that Tyron was verbally and physically abusive to her. Her friend, Barbara Artis, in her letter to this Court, Exhibit E, confirms. After noting that

Lisa's vision of others tends to be clouded by the desire to "see the best in people," Ms. Artis stated:

> Being a bit older than Lisa [] I tried to share with her the wisdom I [] had learn (sic) through my own struggles. Take for example her relationship with Tyron. Tyron was both verbally and physically abusive and would manipulate her by holding her past issues with immigration against her even threatening to have her children taken away from her.

See Exhibit E.

Lisa cites her relationship with Mr. Rider as part of the reason for her involvement in the drug offense for which she was convicted in 2017. While she does not intend to diminish her own responsibility for involvement in the matter, she notes that her involvement started by holding marijuana that belonged to Mr. Rider in her home.

### III. APPLICATION OF SECTION 3553(A) FACTORS

A sentence of no more than 24 months would be appropriate to serve the purposes of sentencing.

Section 3553 (a), instructs the Court to impose a sentence that is sufficient, but no greater than necessary, to reflect the seriousness of the offense, promote respect for the law, apply just punishment, afford adequate deterrents to criminal conduct, protect the public, and provide the defendant with needed correctional treatment. 18 USC § 3553(a). There is no dispute that Lisa committed a serious offense, in returning to the United States without permission. However, a sentence of 24 months is sufficient, but not greater than necessary, to achieve the above stated sentencing objectives when taking into account Lisa Anderson's personal history, her reason for returning to the United States and her acceptance of responsibility in this case.

As is reflected earlier in this sentencing memorandum, Lisa has had a difficult life, starting from around 12 years old when her parents divorced. Her difficulties in life were

compounded by her involvement with a series of different men, who all seemed to abuse her, and with whom she has been involved in illegal activity. Lisa also recognizes that her conviction in state court for drug dealing in 2017, clouds the good, decent and law abiding life she led for 10 years after returning to the United States. However, her motivations and the reasons why she returned to the United States after deportation, to care for, and see to the welfare of her young children, were not selfish. Rather, her return stemmed from a mother's strong desire to safeguard her children, specifically after learning that they were being maltreated by their father. During those 10 years, Lisa was not involved with other criminality, she took good care of her children, as well as help to raise her youngest brother, Gabe.[4] Her eldest graduated high school under her care and is employed with a construction company. Her daughter, Kiona, is about to graduate high school. While her 15- year-old is still in his formative years, to this point she has been able to keep him and all of her children away from criminal activity. She helped them lead a decent life and avoid the pitfalls she could not as a child. Her's was a life of sexual exploitation by an older man, a life that was full of physical and emotional abuse, and a life that taught her to try to bend to the wishes and demands of her boyfriends.

Although Lisa raised these issues to the Court, hoping that the Court take them into consideration when fashioning its sentence, Lisa still recognizes that her violation of the law requires punishment. She believes, however, that a sentence of 24 months would satisfy all the requirements that a Court must consider in imposing a sentence.

## IV. CONCLUSION

For any or all of the above-stated reasons, or any other reasons that the Court may find to be appropriate, Defendant, Lisa Anderson, respectfully requests that this Court impose a

---

[4] See Exhibits F and G, letters from her youngest son, D.H., and her brother Gabe, respectively.

8

sentence of 24 months of incarceration followed by a period of supervised release.

                              Respectfully submitted,

Dated: February 15, 2018         /s/ *Edson A. Bostic*
                                      EDSON A. BOSTIC
                                      Federal Public Defender
                                      Office of the Federal Public Defender
                                      District of Delaware
                                      800 King Street, Suite 200
                                      Wilmington, DE 19801
                                      302-573-6010
                                      Attorney for Lisa Anderson